UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CINDY CAINE,

    Plaintiff,

v.                                            Case No: 8:23-cv-157-KKM-AAS

BOB GUALTIERI,

    Defendant.
_____

## ORDER

Cindy Caine has failed to file an amended complaint, despite the Court directing her to do so. Caine originally filed her complaint in the Sixth Judicial Circuit Court in and for Pinellas County. *See* Compl. (Doc. 1-1.) After Gualtieri removed the case to this Court, the Court struck Caine's complaint as an impermissible shotgun pleading. *See* Order (Doc. 3.) The Court gave Caine until February 7, 2023, to file an amended complaint. Caine has failed to file an amended complaint or move for an extension of time to file.

When a court dismisses a complaint with leave to amend within a specified time, that order "becomes a final judgment if the deadline to amend expires without plaintiff amending its complaint or seeking an extension of time." *Auto Alignment & Body Serv.,*

*Inc. v. State Farm Mut. Ins. Co.*, 953 F.3d 707, 719 (11th Cir. 2020). Upon expiration of the deadline, "'the district court loses all its prejudgment powers to grant any more extensions' of time to amend the complaint." *Id.* at 720. Thus, "the only recourse for a plaintiff" is "to appeal," to "move to alter or amend the judgment," or to "move for relief from the final judgment." *Id.* Of course, a plaintiff may also refile the action if the dismissal was without prejudice and is not otherwise barred by the statute of limitations.

Thus, because the court lost jurisdiction over this action when Caine failed to file an amended complaint by February 7, 2023, this action is dismissed without prejudice.

Accordingly, the following is **ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to terminate any pending motions or deadlines, enter judgment in favor of Gualtieri, and close this case.

**ORDERED** in Tampa, Florida, on February 9, 2023.

Kathryn Kimball Mizelle
United States District Judge